[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 30, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-14280

_____

D. C. Docket No. 03-02870-CV-J-J

DIANA LITTLE,
GYPSY STOVALL,

Plaintiffs-Appellants,

versus

WALKER COUNTY BOARD OF EDUCATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(May 30, 2006)

Before HULL, WILSON and GOLDBERG[*], Circuit Judges.

PER CURIAM:

_____

[*]Honorable Richard W. Goldberg, United States Court of International Trade, sitting by designation.

After review and oral argument, we find no reversible error in the district court's order dated June 30, 2005, granting summary judgment in favor of the Defendant-Appellee Walker County Board of Education on the claims of Plaintiff-Appellants Diana Little and Gypsy Stovall.

**AFFIRMED.**